Abel Acosta Clerk
Court of Criminal Appeals
201 W. 14th St. Rm 106  78701
P.O. Box 12308
Austin, Texas  78711-2308

COA No. 02-14-00186cr
PD-0674-15
Tr. Ct. No. 1319218D

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

Dear Clerk:
      I Recieved a notice that my Pro SE Petition for Discretionary Review was refused. I wald who to know why it was refused and who was the justice that refused it.   Thanks for your time and Consideration in this matter.


                              Sincerely,
                              Reginald Bell
                              Defendent, Pro SE
                              01923613  TDCJ#
                              James Lynaugh Unit
                              1098 S. Highway 2037
                              Fort Stockton, Texas 79735